UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIN JOHNSON-WALKER,

    Plaintiff(s),

    v.

JESSE HARRISON GRANT,

    Defendant(s).

No. C 11-04622 JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on January 6, 2012, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant shall appear on **January 20, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff and Defendant's failure to appear at the case management conference on January 6, 2012, for failure to comply with the Court's Order dated September 19, 2011, and for failure to prosecute this action. A case management conference is also scheduled for January 20, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 10, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge