1 | Zach Cowan, City Attorney           SBN 96372
2 | Matthew J. Orebic, Deputy City Attorney     SBN 124491
  | BERKELEY CITY ATTORNEY'S OFFICE
3 | 2180 Milvia Street, Fourth Floor
  | Berkeley, CA 94704
4 | Telephone:  (510) 981-6998
  | Facsimile:   (510) 981-6960
5 | EMAIL:  MOrebic@ci.berkeley.ca.us

6 | Attorneys for Defendants
  | JESSE GRANT and PETER HONG

8 | David I. Kelvin
  | Attorney at Law
9 | 1516 Oak Street, Suite 316
  | Alameda, CA  94501
10 | Telephone:  (510) 865-0792
   | Facsimile:   (510) 865-0793
11 | EMAIL:  davidkelvin@earthlink.net

12 | Attorney for Plaintiff
   | LIN JOHNSON-WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LIN JOHNSON-WALKER | No.  C11-04622 JCS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| PETER HONG, JESSE GRANT, and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to defendant JESSE GRANT, pursuant to FRCP 41(a)(1).  Each party to bear its own attorney fees and costs.

1  IT IS SO STIPULATED.

2                                           Respectfully submitted,

3                                           DAVID I. KELVIN, ATTORNEY AT LAW

4  DATED: April 11, 2012

5                                           _____
                                            DAVID I. KELVIN
6                                           Attorney for Plaintiff
                                            LIN JOHNSON-WALKER

7

8
                                            ZACH COWAN, City Attorney
9                                           MATTHEW J. OREBIC, Deputy City Attorney

10 DATED: April 12, 2012.

11                                          _____
                                            MATTHEW J. OREBIC
12                                          Attorneys for Defendants
                                            JESSE GRANT and PETER HONG

13

14

15 THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
16

17 DATE: April 17, 2012            _____
                                   JOSEPH C. SPERO
18                                 United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

2

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
NO. C11-04622 JCS