1  Zach Cowan, City Attorney                SBN 96372
   Matthew J. Orebic, Deputy City Attorney  SBN 124491
2  BERKELEY CITY ATTORNEY'S OFFICE
   2180 Milvia Street, Fourth Floor
3  Berkeley, CA 94704
   Telephone:  (510) 981-6998
4  Facsimile:   (510) 981-6960
   EMAIL:  MOREBIC@CI.BERKELEY.CA.US
5
6  Attorneys for Defendants
   JESSE GRANT and PETER HONG
7
   David I. Kelvin
8  Attorney at Law
   1516 Oak Street, Suite 316
9  Alameda, CA  94501
   Telephone:  (510) 865-0792
10 Facsimile:   (510) 865-0793
   EMAIL:  DAVIDKELVIN@EARTHLINK.NET
11
   Attorney for Plaintiff
12 LIN JOHNSON-WALKER

13

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  LIN JOHNSON-WALKER | No.  C11-04622 JCS |
| 19          Plaintiff, | |
| 20  v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| 21  PETER HONG, JESSE GRANT, and DOES 1 through 10, inclusive, | |
| 22 | |
| 23          Defendants. | |

24

25      IT IS HEREBY STIPULATED by and between the parties to this action through their

26 designated counsel that the above-captioned action be and hereby is dismissed with prejudice as

27 to defendant JESSE GRANT, pursuant to FRCP 41(a)(1).  Each party to bear its own attorney

28 fees and costs.

1

1  IT IS SO STIPULATED.

2                                             Respectfully submitted,

3                                             DAVID I. KELVIN, ATTORNEY AT LAW

4  DATED: April 11, 2012

5                                             _____
                                              DAVID I. KELVIN
6                                             Attorney for Plaintiff
                                              LIN JOHNSON-WALKER

7

8                                             ZACH COWAN, City Attorney
9                                             MATTHEW J. OREBIC, Deputy City Attorney

10 DATED: April 12, 2012.

11                                            _____
                                              MATTHEW J. OREBIC
12                                            Attorneys for Defendants
                                              JESSE GRANT and PETER HONG

13

14

15 THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
16

17 DATE: April 17, 2012                       _____
                                              JOSEPH C. SPERO
18                                            United States Magistrate Judge

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

2

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
NO. C11-04622 JCS