UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIN JOHNSON-WALKER,   No. C 11-04622 JCS

        Plaintiff(s),

        v.   **ORDER TO SHOW CAUSE**

JESSE HARRISON GRANT, ET AL.,

        Defendant(s).
_____/

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on May 25, 2012, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **June 1, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the further case management conference on May 25, 2012, for failure to prosecute this action, and for failure to comply with the Court's Order dated May 3, 2012. A further case management conference is also scheduled for **June 1, 2012**, **at 1:30 p.m.**

IT IS SO ORDERED.

Dated: May 25, 2012

                                                                                             _____
                                                                                             JOSEPH C. SPERO
                                                                                             United States Magistrate Judge