UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN JOHNSON-WALKER,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>JESSE HARRISON GRANT, ET AL.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 11-04622 JCS<br><br>**ORDER TO SHOW CAUSE** |

　　　Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on May 25, 2012, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

　　　IT IS HEREBY ORDERED that Plaintiff appear on **June 1, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the further case management conference on May 25, 2012, for failure to prosecute this action, and for failure to comply with the Court's Order dated May 3, 2012. A further case management conference is also scheduled for **June 1, 2012**, **at 1:30 p.m.**

　　　IT IS SO ORDERED.

Dated: May 25, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge