

Office of the City Attorney

May 29, 2012

<u>*Via E-filing*</u>

Honorable Joseph C. Spero
U.S. District Court/Northern District
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *Lin Johnson-Walker v. Jesse Grant, et al.*
        U.S. District Court/North District of California
        Case No. C11-04622 JCS

Dear Judge Spero,

This letter is to request a telephonic appearance for the June 1, 2012 Order To Show Cause and Further Case Management Conference at 1:30 pm.  I can be reached at (510) 981-6998.

Thank you for your consideration.

Very truly yours,

ZACH COWAN, City Attorney                 Dated: May 30, 2012

*/s/ Matthew J. Orebic*

Matthew J. Orebic, Deputy City Attorney

cc:    David Kelvin, Esq.

        Lin Johnson Walker
        1264 Ocean Avenue
        Emeryville, CA 94608



2180 Milvia Street, Fourth Floor,  Berkeley, CA  94704    Tel: 510.981.6998    TDD: 510.981.6903    Fax: 510.981.6960
E-mail: attorney@ci.berkeley.ca.us