

Office of the City Attorney

June 5, 2012

<u>Via E-filing</u>

Honorable Joseph C. Spero
U.S. District Court/Northern District
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *Lin Johnson-Walker v. Jesse Grant, et al*.
      U.S. District Court/North District of California
      Case No. C11-04622 JCS

Dear Judge Spero,

This letter is to request a telephonic appearance for the June 15, 2012 Case Management Conference at 1:30 pm.  I can be reached at (510) 981-6998.

Thank you for your consideration.

Very truly yours,

ZACH COWAN, City Attorney

/s/ Matthew J. Orebic

Matthew J. Orebic, Deputy City Attorney

cc:    David Kelvin, Esq.

       Sally Steinhart, Attorney at Law

       Lin Johnson Walker
       1264 Ocean Avenue
       Emeryville, CA 94608

IT IS HEREBY ORDERED THAT Mr. Orebic shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 6/11/12



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

2180 Milvia St., Fourth Flr., Berkeley, CA  94704    Tel: 510.981.6998    TDD: 510.981.6903    Fax: 510.981.6960
E-mail: MOrebic@ci.berkeley.ca.us