

Office of the City Attorney

June 20, 2012

<u>*Via E-filing*</u>

Honorable Joseph C. Spero
U.S. District Court/Northern District
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:    *Lin Johnson-Walker v. Jesse Grant, et al*.
       U.S. District Court/North District of California
       Case No. C11-04622 JCS

Dear Judge Spero,

This letter is to request a telephonic appearance for Matthew J. Orebic for the July 20, 2012 Case Management Conference at 1:30 pm.  Mr. Orebic can be reached at (510) 981-6998.

Very truly yours,

ZACH COWAN, City Attorney

/s/

Alison Lambert, Secretary to
Matthew J. Orebic, Deputy City Attorney

cc:    David Kelvin, Esq.

       Lin Johnson Walker
       1264 Ocean Avenue
       Emeryville, CA 94608

       Sally Steinhart
       Law Office of Sally Steinhart
       1535 Farmers Lane # 202
       Santa Rosa, CA 95405

IT IS HEREBY ORDERED THAT Mr. Orebic shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: June 21, 2012



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

2180 Milvia Street, Fourth Floor,  Berkeley, CA  94704   Tel: 510.981.6998   TDD: 510.981.6903   Fax: 510.981.6960
E-mail:  attorney@cityofberkeley.info