1 Sally Steinhart (SBN 104006)
  1535 Farmers Lane #202
2 Santa Rosa, CA 95405
  (707) 206-6856
3 salogan@gmail.com

4 Attorney for Plaintiff Lin Johnson-Walker

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | LIN JOHNSON-WALKER,           ) Case No.: CV 11-04622 (JCS)
   |                               (
11 |         Plaintiff,            ) **SUBSTITUTION OF ATTORNEYS ON**
   |                               ( **BEHALF OF PLAINTIFF LIN**
12 |    vs.                        ) **JOHNSON-WALKER**
   |                               (
13 | JESSE HARRISON GRANT,         )
   |                               (
14 |         Defendant(s).         )
   |_____(
15

16     To: Defendant Jesse Harrison Grant, and his attorneys of record:

17     Please take notice that Sally Steinhart is substituted in place of plaintiff Lin

18 Johnson-Walker as attorney for plaintiff Lin Johnson-Walker.

19     I consent to the substitution:

20 Dated: July 12, 2012                    /s/
                                    _____
                                    Lin Johnson-Walker, Plaintiff
21

22     I consent to the substitution:

23 Dated: July 12, 2012                    /s/
                                    _____
24 Dated: July 16, 2012             Sally Steinhart
                                    Attorney for Plaintiff, Lin Johnson-Walker
25

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

1
SUBSTITUTION OF ATTORNEYS ON BEHALF OF PLAINTIFF LIN JOHNSON-WALKER