1  Sally Steinhart (SBN 104006)
   1535 Farmers Lane #202
2  Santa Rosa, CA 95405
   (707) 206-6856
3  salogan@gmail.com

4  Attorney for Plaintiff Lin Johnson-Walker

5

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10  LIN JOHNSON-WALKER,                    )   Case No.: CV 11-04622 (JCS)
                                           )
11              Plaintiff,                 )   **SUBSTITUTION OF ATTORNEYS ON**
                                           )   **BEHALF OF PLAINTIFF LIN**
12        vs.                              )   **JOHNSON-WALKER**
                                           )
13  JESSE HARRISON GRANT,                  )
                                           )
14              Defendant(s).              )
    _____    )

15

16      To:  Defendant Jesse Harrison Grant, and his attorneys of record:

17      Please take notice that Sally Steinhart is substituted in place of plaintiff Lin

18  Johnson-Walker as attorney for plaintiff Lin Johnson-Walker.

19      I consent to the substitution:

20  Dated:  July 12, 2012              _____/s/_____
                                          Lin Johnson-Walker, Plaintiff
21

22      I consent to the substitution:

23  Dated:  July 12, 2012                     _____/s/_____
                                                Sally Steinhart
24  Dated: July 16, 2012                       Attorney for Plaintiff, Lin Johnson-Walker

25