# Sally Steinhart, Esq.

1535 Farmers Lane #202, Santa Rosa, CA  95405
salogan@gmail.com
707.206.6856

September 6, 2012

<u>*Via E-filing*</u>

Honorable Joseph C. Spero
U.S. District Court/Northern District
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *Lin Johnson-Walker v. Jesse Grant, et al*.
        U.S. District Court/North District of California
        Case No. C11-04622 JCS

Dear Judge Spero,

This letter is to request a telephonic appearance for the September 7, 2012 Case Management Conference at 1:30 pm.  I can be reached at (707) 206-6856.

I apologize for not getting it to you sooner.

Thank you for your consideration.

Sincerely,

/s/

Sally Steinhart

    cc. Matthew J. Orebic by email to Rudy, Joanna JRudy@ci.berkeley.ca.us

IT IS HEREBY ORDERED that Ms. Steinhart shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 9/6/12.

