UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIN JOHNSON-WALKER,   No. C 11-04622 JCS

    Plaintiff(s),

**ORDER TO SHOW CAUSE**

    v.

JESSE HARRISON GRANT,

    Defendant(s).
_____/

    Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on September 7, 2012, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Matt Orebic, counsel for Defendant, was present.

    IT IS HEREBY ORDERED that Plaintiff appear on **September 14, 2012, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the further case management conference on September 7, 2012, for failure to comply with the Court's Order of July 25, 2012, and for failure to prosecute pursuant to Rule 41.

    IT IS SO ORDERED.

Dated: September 10, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge