# Sally Steinhart, Esq.

1535 Farmers Lane #202, Santa Rosa, CA  95405
salogan@gmail.com
707.206.6856

September 13, 2012

*<u>Via E-filing</u>*

Honorable Joseph C. Spero
U.S. District Court/Northern District
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *Lin Johnson-Walker v. Jesse Grant, et al.*
        U.S. District Court/North District of California
        Case No. C11-04622 JCS

Dear Judge Spero,

This letter is to request a telephonic appearance for the September 14, 2012 Show Cause Hearing at 9:30 am.  I can be reached at (707) 206-6856.

I missed the September 7, 2012 Status Conference because I was doing several things at once, and left my office just after 2:00 pm to get them in the mail, and forgot about the Conference because I was focused on other things, in spite of the fact that I had it in mind earlier in the day.

I had no intention to miss the call.  I forgot because I was distracted.  I found the information I needed in written discovery, and for that reason I did not file a motion to reopen discovery.  I do need to amend the complaint, and presume I will need to make a motion for leave to amend the complaint merely to substitute true names for Does.

I will be available tomorrow morning at 9:30 am and thereafter without fail.

I apologize for not getting it to you sooner.

Thank you for your consideration.

Sincerely,
/s/
Sally Steinhart

cc. Matthew J. Orebic by email to Rudy, Joanna JRudy@ci.berkeley.ca

IT IS HEREBY ORDERED that Ms. Steinhart shall be on phone standby beginning at 9:30 AM and await the Court's call.

Dated:  9/14/12

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge Joseph C. Spero]*