Zach Cowan, City Attorney          SBN 96372
Matthew J. Orebic, Deputy City Attorney   SBN 124491
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998
Facsimile:   (510) 981-6960
EMAIL:  MOrebic@ci.berkeley.ca.us

Attorneys for Defendants SGT. HONG, OFFICER McDOUGALL, AND OFFICER LATHROP

SALLY STEINHART (SBN 104006)
1535 Farmers Lane, No. 202
Santa Rosa, CA 95405
Telephone: (707) 206-6856
Email:  SALogan@gmail.com

Attorney for Plaintiff LIN JOHNSON-WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN JOHNSON-WALKER,<br><br>            Plaintiff,<br><br>v.<br><br>SGT. PETER HONG, *et al.*,<br><br>            Defendants. | No.  C 11 04622 JCS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER** |

**STIPULATION**

Plaintiff Lin Johnson-Walker, through Sally Steinhart, her attorney herein, and defendants Sgt. Peter Hong, Officer Alex McDougall, and Officer Jeremy Lathrop, through their attorney herein, Matthew J. Orebic, hereby stipulate that plaintiff's entire Complaint is hereby dismissed with prejudice.  Each party is to bear their own costs and attorney's fees.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  March 14, 2013 | ZACH COWN, Acting City Attorney<br>MATTHEW J. OREBIC, Deputy City Attorney |
| 3 | | |
| 4 | By: _____/s/_____<br>MATTHEW J. OREBIC | |
| 5 | Attorneys for Defendants | |

Dated:  March 14, 2013          By:    _____/s/_____
                                       SALLY STEINHART
                                       Attorney for Plaintiff
                                       LIN JOHNSON-WALKER

SALLY STEINHART, Attorney at Law

**PURSUANT TO STIPULATION,  IT IS SO ORDERED.**

DATE:  03/15/13                        _____
                                       JOSEPH C. SPERO
                                       United States Magistrate Judge

*[Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California]*