Zach Cowan, City Attorney          SBN 96372
Matthew J. Orebic, Deputy City Attorney     SBN 124491
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998
Facsimile:   (510) 981-6960
EMAIL:  MOrebic@ci.berkeley.ca.us

Attorneys for Defendants SGT. HONG, OFFICER McDOUGALL, AND OFFICER LATHROP

SALLY STEINHART (SBN 104006)
1535 Farmers Lane, No. 202
Santa Rosa, CA 95405
Telephone: (707) 206-6856
Email:  SALogan@gmail.com

Attorney for Plaintiff LIN JOHNSON-WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN JOHNSON-WALKER<br><br>　　　　Plaintiff,<br><br>v.<br><br>SGT. PETER HONG, *et al.*,<br><br>　　　　Defendants. | No.  C 11 04622 JCS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [~~PROPOSED~~] ORDER** |

### STIPULATION

Plaintiff Lin Johnson-Walker, through Sally Steinhart, her attorney herein, and defendants Sgt. Peter Hong, Officer Alex McDougall, and Officer Jeremy Lathrop, through their attorney herein, Matthew J. Orebic, hereby stipulate that plaintiff's entire Complaint is hereby dismissed with prejudice.  Each party is to bear their own costs and attorney's fees.

| | | |
|---|---|---|
| Dated: March 14, 2013 | | ZACH COWN, Acting City Attorney<br>MATTHEW J. OREBIC, Deputy City Attorney |
| | By: | _____/s/_____<br>MATTHEW J. OREBIC<br>Attorneys for Defendants |
| | | SALLY STEINHART, Attorney at Law |
| Dated: March 14, 2013 | By: | _____/s/_____<br>SALLY STEINHART<br>Attorney for Plaintiff<br>LIN JOHNSON-WALKER |

**PURSUANT TO STIPULATION,  IT IS SO ORDERED.**

DATE: 03/15/13

_____
JOSEPH C. SPERO
United States Magistrate Judge

*Judge Joseph C. Spero* (signature, seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

2

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
NO. C11-04622 JCS